

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2020

No. 04-20-00173-CV

**IN RE** Jack **MILLER**

Original Mandamus Proceeding[1]

**ORDER**

On March 23, 2020, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on April 1, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2020.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-CI-00880, styled *The State of Texas v. Jack Miller*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.